**No. 42645.**—Petition 5849–R of F. W. Myers & Co., Inc. (Ogdensburg).

Opinion by EVANS, J.   Sufficient evidence was not found in this case on which to base a decision remitting the additional duties.   On the record presented the petition was denied.

**No. 42646.**—Protests 543033–G, etc., of John A. Alban & Co. et al. (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 10, 1939

**No. 42647.**—Petition 5876–R of Camlin Corset Co., Inc. (New York).

Opinion by BROWN, J.   It appeared that the importer made every reasonable effort to ascertain the actual prices at which like merchandise was sold in France but was unable to get any information due to a dispute which was being prosecuted in the French courts.   There was nothing in the record to indicate any intention on the part of the importer to deceive the customs officials or to defraud the revenue.   The petition was therefore granted.

BEFORE THE SECOND DIVISION, NOVEMBER 10, 1939

**No. 42648.**—Protest 661104–G of Joshua Hoyle & Sons Ltd., (New York).

Opinion by KINCHELOE, J.   On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

**No. 42649.**—Protest 920776–G of J. L. Hudson Co. (Detroit).

Opinion by KINCHELOE, J.   In accordance with stipulation of counsel and on the authority of Abstract 26189 the rice straw rugs in question were held dutiable at 35 percent under paragraph 921 as claimed.

**No. 42650.**—Protests 969699–G, etc., of S. S. Kresge Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42651.**—Protests 960913–G, etc., of Wm. Filenes Sons Co. et al. (Boston, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.